Civil Action No.    **2:25-cv-2740**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Maddy's Home Furniture & More, LLC**
was recieved by me on **6/05/2025:**

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **chavela sanchez**, who is designated by law to accept service of process on behalf of **Maddy's Home Furniture & More, LLC** at **601 W 207th St, New York, NY 10034** on **06/06/2025 at 1:08 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   06/06/2025

_____
*Server's signature*

**Emmanuel J Lanzot**
*Printed name and title*

**1787 edenwald ave
Apartment #1
Bronx, NY 10466**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL, to chavela sanchez who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired Hispanic female contact 45-55 years of age, 5'4"-5'6" tall and weighing 160-180 lbs with an accent.**



Tracking #: **0172610765**

