UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

DERRICK ANDERSON, on behalf of himself and all
others similarly situated,

                                          Civil Action No: 2:25-cv-02740-
                                          SJB-AYS

                          Plaintiff,

         -v.-

Maddy's Home Furniture & More, LLC

                          Defendants.

-------------------------------------------------------------------------x

### <u>JOINT STIPULATION OF DISMISSAL</u>

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned

counsel as to Plaintiff and the Defendant in the above captioned action, that whereas no party

hereto is an infant, incompetent person for whom a committee has been appointed or

conservatee, and no person not a party has an interest in the subject matter of the action, that

this action is dismissed with prejudice and without costs to either party pursuant to Rule

41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:**       November 7, 2025

| **For Plaintiff Derrick Anderson** | **For Defendant Maddy's Home Furniture & More, LLC** |
|---|---|
| */s/ Uri Horowitz, Esq.*<br>Uri Horowitz, Esq.<br>**Horowitz Law, PLLC**<br>144-41 70th Road<br>Flushing, NY 11367<br>Tel. (718) 705-8700<br>uri@horowitzlawpllc.com | */s/ John J. Thompson*<br>John J. Thompson, Esq.<br>Thompson & Skrabanek, PLLC<br>515 Madison Avenue, 31st Floor<br>New York, NY 10022-5418<br>(646) 568-4010<br>Jt@ts-Firm.Com |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was electronically filed on November 7, 2025, with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 7th  day of November , 2025          Respectfully Submitted,

*/s/ Uri Horowitz*
Uri Horowitz, Esq.